# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grant Newman,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Stuart Allan and Associates Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV-12-00927-TUC-JGZ (LAB)<br><br>**ORDER** |

Having received Plaintiff's Rule 41(a)(1)(ii), Fed.R.Civ.P. Notice of Voluntary Dismissal of this Action against all Defendants with prejudice with each party to bear its own costs (Doc. 26),

**IT IS HEREBY ORDERED** that the **CLERK OF THE COURT CLOSE** this **CASE**.

Dated this 2nd day of January, 2014.

_____
Jennifer G. Zipps
United States District Judge